HOWARD G. DE VAN, on Behalf of Himself and All Other Stockholders Similarly Situated and on Behalf of TOBACCO PRODUCTS CORPORATION OF DELAWARE, Plaintiff, Appellant, and JOSEPH FISCH, Intervenor, v. TOBACCO PRODUCTS CORPORATION OF DELAWARE and Others, Respondents, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MYRON C. VIERA, as President, and MARY GILLICE, as Secretary, of UNITED SANDWICH WORKERS LOCAL #923, for an Order Directing the Defendant to Proceed with Arbitration, Respondents, against GAIETY DONUT SHOP, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ISIDORE EVANS and GUSSIE EVANS, Appellants, v. GUY VILLA & SONS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVID S. STERN CORPORATION, Respondent, v. JACKSON TRADING Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to modify by allowing items 5 to 17 inclusive.— The date for the examination to proceed to be fixed in the order. Settle order on notice.

In the Matter of the Application of FIRST NATIONAL BANK OF JASPER, ALABAMA, Petitioner, Respondent, for an Order Directing THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under Trust Indenture Dated March 1, 1927, Securing an Issue of First Mortgage 6% Gold Bond Certificates, and GEDEX REALTY CORPORATION, Respondents, to Furnish to Petitioner a List of the Names and Addresses of All of the Bondholders of Said Issue, Pursuant to Article 84-A of the Civil Practice Act. MARYLAND CASUALTY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FIRST NATIONAL BANK OF JASPER, ALABAMA, Petitioner, Respondent, for an Order Directing THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under Trust Indenture Dated March 1, 1927, Securing an Issue of First Mortgage 6% Gold Bond Certificates, Respondent, and GEDEX REALTY CORPORATION, Appellant, to Furnish to Petitioner a List of the Names and Addresses of All of the Bondholders of Said Issue, Pursuant to Article 84-A of the Civil Practice Act.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BURCO, INC., and Others, Respondents, v. FRANCIS WARD PAINE and Others,. Defendants, Impleaded with CARROLL E. GRAY, JR., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE BRONX SAVINGS BANK, Respondent, v. KIAMIE HOLDING CORP., Appellant. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs